■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT DOWLING, Appellant. [619 NYS2d 651] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered July 7, 1992.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.